# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LOR XIONG**
        **Plaintiff,**

    v.                                                           Case No. 07-C-0208

**MICHAEL J. ASTRUE,**
**Commissioner of the Social Security Administration**
        **Defendant.**

## ORDER

I previously remanded this social security case on the parties' joint motion, then awarded attorney's fees in the amount of $4386 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. On remand, the Commissioner found plaintiff disabled and awarded back benefits. Plaintiff now seeks approval of attorney's fees under 42 U.S.C. § 406(b). See Koester v. Astrue, 482 F. Supp. 2d 1078, 1080 (E.D. Wis. 2007) (discussing § 406(b) standards). The Commissioner does not oppose the request, which I find reasonable.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for an award of attorney's fees (R. 24) is **GRANTED**, and plaintiff's counsel, David Traver, is awarded fees in the amount of $978.00.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2009.

                                                  /s Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge